1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Rivera-Campos
7
8                      UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   Case No. 08mj1571
                                   )
12         Plaintiff,               )
                                   )
13 v.                              )   PROOF OF SERVICE
                                   )
14 **MIGUEL ANGEL RIVERA-CAMPOS,** )
                                   )
15         Defendant.               )
   _____ )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: May 29, 2008                         *s/ Bridget L. Kennedy*
                                               **BRIDGET L. KENNEDY**
23                                             Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
25                                             (619) 687-2666 (fax)
                                               e-mail:bridget_kennedy@fd.org
26
27
28